AO 106 (Rev. 04/10) Application for a Search Warrant

E-FILED
Wednesday, 04 March, 2020 02:49:40 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

**FILED**

MAR - 4 2020

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

RESIDENCE AT 2719 W. Reservoir Boulevard, Apartment B7, Peoria, Illinois

)
)
)   Case No. 20-MJ-6042
)
)
)

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the ___Central___ District of ___Illinois___, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(u) | Burglary of a Federally Licensed Firearms Dealer |
| 18 U.S.C. § 922(j) | Possession of Stolen Firearms |

The application is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

s/Brendan Westart
*Applicant's signature*

Brendan Westart, ATF TFO
*Printed name and title*

Sworn to before me and signed in my presence.

s/Jonathan E Hawley
*Judge's signature*

Date: 03/04/2020

City and state: Peoria, Illinois    Jonathan E. Hawley, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT

## INTRODUCTION

I, Task Force Officer Brendan Westart, (hereinafter "Your Affiant"), do hereby depose and state the following:

1. Your Affiant is a Task Force Officer of the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (hereinafter "ATF"). Your Affiant has been a law enforcement officer since January 2002.

2. This affidavit is made in support of an application for a Federal search warrant to search the following location described in **Attachment A**:

The residence located at **2719 W. Reservoir Boulevard, Apt. B7, Peoria, Illinois**. The items to be searched for and seized are set forth in **Attachment B**.

3. Your affiant states that the facts which establish the probable cause necessary for issuance of a search warrant for this location are personally known to me or have been told to me directly by other law enforcement officers and witnesses with whom I have worked on this investigation. This affidavit is being submitted for the limited purpose of establishing probable cause to search the premises, person, and motor vehicle described in Attachment A. I have not included each and every fact known to me concerning this investigation.

## RELEVANT STATUTES

4. This investigation concerns alleged violations of the following:

    a. 18 U.S.C. § 922(u) (stealing from a federal firearm licensee) states:

1

It shall be unlawful for a person to steal or unlawfully take or carry away from the person or the premises of a person who is licensed to engage in the business of importing, manufacturing, or dealing in firearms, any firearm in the licensee's business inventory that has been shipped or transported in interstate or foreign commerce

 b. 18 U.S.C. § 992(j) (possession of stolen firearms) states:

It shall be unlawful for any person to receive, possess, conceal, store, barter, sell, or dispose of any stolen firearm or stolen ammunition, or pledge or accept as security for a loan any stolen firearm or stolen ammunition, which is moving as, which is a part of, which constitutes, or which has been shipped or transported in, interstate or foreign commerce, either before or after it was stolen, knowing or having reasonable cause to believe that the firearm or ammunition was stolen.

## PROBABLE CAUSE

5. On December 25, 2019, at approximately 3:20 AM, East Peoria Police Officers were dispatched to a FFL known as **"Midwestern Firearms Company"** located at 829 E. Camp Street, Unit 3, East Peoria, IL 61611. Upon arrival, officers observed a shattered front door to the business. The burglar bars were still intact. After the business owner arrived to unlock the burglar bars, officers made entry into the business. Upon entry, officers noticed that a glass display case was shattered and firearms appeared to be missing from the display case. A subsequent inventory indicated that 10 firearms were stolen from the FFL during the burglary, including

2

firearms that were manufactured outside the State of Illinois and, thus, had traveled in interstate commerce.

6. On February 23, 2020, at approximately 2:08 AM, East Peoria Police Officers were again dispatched to the FFL known as **"Midwestern Firearms Company"** located at 829 E. Camp Street, Unit 3, East Peoria, IL 61611. Upon arrival, officers observed a damaged front door to the business. The burglar bars were still intact, but the glass was removed. After the business owner arrived to unlock the burglar bars, officers made entry into the business. Upon entry, officers noticed that a glass display case was shattered and firearms appeared to be missing from the display case. A review of surveillance footage showed three suspects. One individual acted as a lookout, and had their face partially covered. Two other individuals repeatedly threw what appears to be a brick at the glass door before kicking the shatter proof glass causing it to separate from the door frame. These two individuals were wearing masks and gloves. The glass was then pulled away from the door frame allowing one suspect to enter the store. Surveillance footage inside of the store showed one suspect smashing a glass case, removing firearms and placing them into a bag before exiting through the same front door of the business. A subsequent inventory indicated that 6 firearms were stolen from the FFL during the burglary, including firearms that were manufactured outside the State of Illinois and, thus, had traveled in interstate commerce.

7. On February 27, 2020, at approximately 12:25 AM, El Paso Police Officers were dispatched to a FFL known as **"Freedom Sports Shop"** located at 146 W. Front Street, El Paso, IL 61738. Upon arrival, officers observed broken glass to the office

window. The burglar bars were still intact. A review of surveillance footage shows two individuals standing outside of the business. One individual, with a mask covering part of his face, removes the window screen. A second individual, wearing a full mask, throws an object two times, breaking the window. The fully masked individual is wearing a hooded sweatshirt with the number "8" on the back. The fully masked individual climbs in the window, and climbs back out a few seconds later. The firearms were located in a different portion of the building, and none were stolen.

8. On February 27, 2020, at approximately 1:40 AM, Pekin Police Officers were dispatched to a FFL known as **"Pekin Gun and Sporting Goods"** located at 281 Derby Street, Pekin, IL 61554. Upon arrival, officers observed a damaged front door to the business. The burglar bars were still intact, but the glass was removed. After the business owner arrived to unlock the burglar bars, officers made entry into the business. Upon entry, officers noticed that a glass display case was shattered and firearms appeared to be missing from the display case. A review of surveillance footage showed two suspects approach the area of the front door. A short time later, two individuals are seen running away from the area of the front door across the parking lot. A subsequent inventory indicated that 13 firearms were stolen from the FFL during the burglary, including firearms that were manufactured outside the State of Illinois and, thus, had traveled in interstate commerce.

9. On February 29, 2020, at approximately 1:39 AM, Le Roy Police Officers were dispatched to a FFL known as **"Guns and Glory"** located at 117 E. Center Street, Le Roy, IL 61752. Upon arrival, officers observed that the glass front door was

shattered. Upon entry, officers noticed a glass display case was shattered and firearms appeared to be missing from the display case. A review of surveillance footage showed two suspects. One fully masked suspect can be seen throwing a rock to shatter a glass door. The same suspect then smashed a glass display case, removed firearms and placed them in a bag before exiting the business. This same suspect is wearing a hooded sweatshirt with the number "8" on the back. A subsequent inventory indicated that nine firearms were stolen from the FFL during the burglary, including firearms that were manufactured outside the State of Illinois and, thus, had traveled in interstate commerce.

10.  On March 4, 2020, surveillance was conducted on Terrence Daniels. Daniels was previously identified as a suspect in the above-listed FFL burglaries throughout Central Illinois. Daniels was observed in Peoria, Illinois, and taken into custody due to an outstanding Peoria County arrest warrant.

11.  ATF Special Agent, Kevin Brown, read Daniels an ATF Advice of Rights and Waiver form. Daniels stated that he understood his rights, signed the form and agreed to be interviewed. Daniels subsequently confessed to participating in multiple recent FFL burglaries throughout Central Illinois.

12.  Daniels stated that he resides at **2719 W. Reservoir Boulevard, Apartment B7, Peoria, IL 61615**.

13.  Daniels stated that there are currently three or four stolen firearms inside of his apartment.

5

14. Daniels stated that he resides in the apartment with his girlfriend, Emma Howell.

## CONCLUSION

15. Based on the information contained in this affidavit, probable cause exists that evidence of violations of Title 18, United States Code, Sections 371 (Conspiracy to Steal and Possess Firearms from a Federal Firearms Licensee), 922(j) (Possession of Stolen Firearms), 922(u) (Burglary of a Federally Licensed Firearms Dealer), and 2 (Aiding and Abetting) is located at **2719 W. Reservoir Boulevard, Apt. B7, Peoria, Illinois**, described in Attachment B

## MOTION TO SEAL

16. To prevent possible destruction of evidence and jeopardizing the ongoing investigation, your Affiant requests the search warrant application and search warrant be sealed.


Further affiant sayeth not.

s/Brendan Westart
_____
Brendan Westart, Task Force Officer
Bureau of Alcohol, Tobacco, Firearms & Explosives


Subscribed and sworn to before me
this 4th day of March, 2020
s/Jonathan E Hawley
_____
Honorable Jonathan E. Hawley
United States Magistrate Judge
United States District Court for the Central District of Illinois

## ATTACHMENT A

(1) **PREMISES**: The premises to be searched is the residence located at **2719 W. Reservoir Boulevard, Apt. B7, Peoria, Illinois.** Apartment B7 is located in a yellow, brick, two-story multi-family apartment building. Apartment B7 is a main-level apartment marked with the letters "B7".

## ATTACHMENT B

1. Evidence of residency, including but not limited to utility bills.

2. Firearm(s) and ammunition.

3. Any and all records, books, receipts, ledgers, and other materials relating to the ordering, purchase, receipt, or sale of firearms or ammunition in whatever form such items may be stored.